

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-14-2009

# Garcia v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 07-2164

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Garcia v. Atty Gen USA" (2009). *2009 Decisions.* Paper 1960.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1960

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-2164

_____

ROSALBA ROA GARCIA,
                                             Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                             Respondent

_____

ON PETITION FOR REVIEW OF AN ORDER OF
THE BOARD OF IMMIGRATION APPEALS
(BIA No. A74-872-805)

_____

**ORDER**

On October 28, 2008, the Court issued an opinion in the above entitled petition for review. Judge Fuentes had submitted a dissenting opinion for filing but due to an error in processing, the dissenting opinion was not filed with the majority opinion.

Accordingly, at the direction of the Court the opinion and judgment filed on October 28, 2008 are hereby vacated. The Clerk shall docket the revised opinion and judgment. It is noted that the Respondent has filed a petition for panel rehearing and rehearing en banc. Within 10 days from entry of the revised opinion and judgment, the Respondent may file a supplement to the petition for rehearing or inform the Clerk in writing that supplementation is not required and that Respondent shall rely on the petition for rehearing as originally submitted.

Action by the Court on the petition for rehearing is deferred pending a response by the Respondent in accordance with this order.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: January 14, 2009